IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDREW C. NEAL, JR. II**                                                        **PLAINTIFF**

**v.**                      **Case No. 4:20-CV-00935-BSM**

**STATE OF ARKANSAS,** *et al.*                                      **DEFENDANTS**

### ORDER

Andrew Neal's incarceration triggers automatic screening of his complaint, regardless of his fee status. *See* 28 U.S.C. § 1915A; *Lewis v. Estes*, 242 F.3d 375 (8th Cir. 2000) *(per curiam)*. Neal's complaint appears to request an investigation into the validity of his mother's living trust. *See* Compl. at 19–20. Neal sued under 42 U.S.C. § 1983, but his allegations fail to state a section 1983 claim on which relief may be granted. *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992) (internal citations omitted). There is no independent basis for Neal's state-law claims because there is not complete diversity. 28 U.S.C. § 1332. Neal's complaint [Doc. No. 1] is therefore dismissed without prejudice. 28 U.S.C. § 1915A(b). This dismissal counts as a "strike" for the purposes of 28 U.S.C. § 1915(g). An *in forma pauperis appeal* would not be taken in good faith.

IT IS SO ORDERED this 4th day of November, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE