# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANDREW C. NEAL, JR. II**                                                                 **PLAINTIFF**

**v.**                          **Case No. 4:20-CV-00935-BSM**

**STATE OF ARKANSAS,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of November, 2020.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE